Shipley Massingham Company, Appellant, *v.*
Mutual Drug Company et al.

Argued March 29, 1938. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Charles H. Sachs,* of *Sachs & Caplan,* for appellant.

*W. W. Stoner, J. M. Stoner & Sons, John A. Cline* and *M. E. Kaufman,* for appellees, were not heard.

PER CURIAM, April 18, 1938:

The Court is unwilling to break the unbending rule as to service of process on a nonresident defendant where the decree prayed for is in personam. See *Coleman's Appeal,* 75 Pa. 441; *Wallace v. United Electric Co.,* 211 Pa. 473; *Vandersloot v. Pa. Water & Power Co.,* 259 Pa. 99; *Hughes v. Hughes,* 306 Pa. 75; *Atlantic S. N. Gas Co. v. Whitten,* 315 Pa. 529; *Gallagher v. Rogan,* 322 Pa. 315; *Degan v. Kiernan,* 326 Pa. 397. The court below followed this rule and the order setting aside the service and dismissing the bill against the nonresident appellees is affirmed at appellant's cost.